RICHARD P. HERMAN, SBN 53743
PRISONERS RIGHTS UNION
P.O.BOX 53114
IRVINE, CA 92619
Telephone: (714)547-8512
Facsimile: (949)209-2693
Email: rherman@richardphermanlaw.com
Attorney for Plaintiff
*Ashley Bauer-Oldfield*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ashley Bauer-Oldfield, Individually, <br><br> Plaintiff, <br><br> vs. <br><br> City of Huntington Beach, Officer Shawn Randell, Individually and DOES 1-10. <br><br> Defendants. | CASE NO: <br><br> Complaint for Damages for Violation of Federal Constitutional Rights Under Color of State Law (42 U.S.C. §1983), California State Law Claims Violation of Bane Act (Cal. Civ. Code §52.1) (Harassment by Police Officer); Sexual Harassment by Police Officer (Weiner Waving). <br><br> ***JURY TRIAL DEMANDED*** |

**COME NOW** Plaintiff Ashley Bauer-Oldfield, Individually and shows this Honorable Court the following:

### JURISDICTIONAL ALLEGATIONS

1. As this action is brought under 42 U.S.C. §1983, this Court has jurisdiction over this case under its federal question jurisdiction pursuant to 28

COMPLAINT FOR VIOLATIONS    1

U.S.C. §1331.

2. As the incidents complained of in this action occurred in the City of Huntington Beach, County of Orange, State of California, within the territorial jurisdiction of this Court, the venue properly lies in this court under 28 U.S.C. §1391(b)(2).

3. As the Plaintiff's claim brought under California state law arises out of the same transactions and occurrences and out of a common nucleus of operative facts as the Plaintiff's federal questions claims, this Court has jurisdiction over the Plaintiff's California State Law claims under its supplemental jurisdiction pursuant to 28 U.S.C. §1367 and otherwise pursuant to **United Mine Workers of America v. Gibbs**, 383 U.S. 715 (1966).

4. Plaintiff Ashley Bauer-Oldfield, individually, timely filed her claims for damages against the City of Huntington Beach pursuant to California Tort Claims Act, Cal.Gov't Code§900 et seq., and said claims have been denied by Defendant City of Huntington Beach, less than six months before the filing of this instant action.

## GENERAL ALLEGATION

5. Plaintiff Ashley Bauer-Oldfield, hereinafter referred to as "Ashley Bauer-Oldfield and/or Plaintiff "Ashley Bauer-Oldfield" is a natural person, who, at all times complained of in this action, resided in the State of California.

6. Defendant City of Huntington Beach, hereinafter referred to as "CITY", is a political subdivision of the State of California and is a governmental entity, located within the territorial jurisdiction of this Court.

7. Defendant Officer Shawn Randell and DOES 1 through 10, inclusive, are sworn peace officers and/or supervisors and/or investigators and/special officers and/or a dispatchers and/or some other public officer, public official or employees of Defendant "CITY", who in some way committed some or all of the tortious actions (and constitutional violations) complained of in this action, and/or otherwise responsible for and liable to Plaintiff for the acts complained of in this action, whose identities are, and remain unknown to Plaintiff, who will amend their complaint to add and to show the actual names of said DOE defendants when ascertained by Plaintiff.

8. At all times complained of herein, DOES 1 through 10, inclusive, were acting as individual persons acting under the color of state law, pursuant to their authority as sworn peace officers and/or special officers and/or supervisors (i.e. Sergeants, Lieutenants, Captains, Commanders. Sheriff) and /or dispatchers employed by Defendant "CITY", and were acting in the course of and within the scope of their employment with defendant "CITY".

9. Defendants DOES 1 through 10, inclusive, are sworn peace officers and/or Supervisors and/or commanders and/or Captains and/or Lieutenants and/or

Sergeants and/or Detectives and/or other supervisory personnel (such as ) and or/ policy making and/ or final policy making officials, employed by the "CITY", who are in some substantial way liable and responsible for, or otherwise proximately caused and/or contributed to the occurrences complained of by Plaintiff in this action, such as via supervisory liability (i.e. failure properly supervise, improperly directing subordinate officers, approving actions of subordinate officers), via bystander liability (failing to intervene in and stop unlawful actions of their subordinates and/or other officers), and such as by creating and/or causing the creation of and/or contributing to the creation of the policies and/or practices and/or customs and/or usage of the "CITY" 1) violation of the Bane Act for sexual harassment (penis waiving)  2) the "CITY" caused the very same California state law , and federal and state constitutional violations complained above, and complained of by the plaintiff in this action.

    10.    Plaintiff is presently unaware of the identities of DOES 1 through 10, inclusive, and will amend their complaint to add and to show the actual names of said DOE defendants, when ascertained by Plaintiff.

    11.    At all times complained of herein, DOES 1 through 10, inclusive, were acting as individual persons acting under the color of state law, pursuant to their authority as Police Officers and/or Supervisory Officers, Commanders and/or Captains and/or Lieutenants and/or Sergeants and/or other Supervisory personnel

and/or policy making and/or final policy making officials, employed by the "CITY" , and/or some other public official(s) with the "CITY", and were acting in the course of and within the scope of their employment with defendant "CITY"

12. At all times complained of herein, defendants Officer Shawn Randell and DOES 1 through 10, inclusive, were acting as individual persons acting under the color of state law, pursuant to their status and authority as peace officers and/or Supervisory peace officers (as described herein, above and below), and /or policy making peace officers, with defendant "CITY" .

13. Moreover, at all times complained of herein, defendants Officer Shawn Randell, DOES 1 through 10, inclusive, were acting pursuant to, or otherwise contributed to the creation and maintenance of, the customs, policies, usages and practices of the "CITY" , for inter alia: 1) violation of the Bane Act for sexual harassment (penis waiving)  2) the "CITY" caused the very same California state law , and federal and state constitutional violations complained above, and complained of by the plaintiff in this action.

14. In addition to the above and foregoing, defendants Officer Shawn Randell and  DOES 1 through 10, inclusive, acted pursuant to a conspiracy, agreement and understanding and common plan and scheme to deprive the Plaintiff Ashley Bauer-Oldfield of her federal Constitutional and statutory rights, as complained of in this action and acted in joint and concerted action to so deprive Plaintiff Ashley Bauer-

Oldfield of those rights complained of herein; all in violation of 42 U.S.C. §1983, and otherwise in violation of United States (Constitutional and Statutory) law.

15. Said conspiracy/agreement/understanding/ plan/scheme/joint action/ concerted action, above-referenced, was a proximate cause of the violation of the Plaintiff Ashley Bauer-Oldfield, federal and state constitutional and statutory rights, as complained herein.

## FIRST CAUSE OF ACTION

## RIGHT TO PETITION UNDER FIRST AMENDMENT [42 U.S.C. §1983]

**(By Plaintiff Ashley Bauer-Oldfield, Individually Against All Defendants).**

16. Plaintiff hereby re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 15, inclusive, above, as if set forth in full herein.

17. Plaintiff is a resident of the City of Huntington Beach. On or about December 19, 2023, an unwanted visitor came to her home and she called the police for assistance with the unwanted visitor. One of the officers responding was Officer Shawn Randell.

18. From December 19, 2023, through January 2024, Defendant Officer Shawn Randell became enamored with Plaintiff and began contacting her through social media and sending her messages. Eventually, the contact became sexual and Defendant Officer Shawn Randell then sent her pictures including some of him

waving his penis, in which he is nude, exposing himself and his penis.

19. Plaintiff Ashley Bauer-Oldfield complained to the Huntington Beach Police Department of Defendant's sexual harassment who then conducted a lengthy investigation during which they continuously asked her to drop all charges against the Defendant. Still, the Huntington Beach Police Department eventually found that the facts alleged were true and violated their policy.

21. Plaintiff filed a claim against the City of Huntington Beach on or about March 17, 2024, shortly after the Huntington Beach Police Department found that her allegations were true. Thereafter Plaintiff was subjected to harassment by various officers of the Huntington Beach Police Department, including being stopped for no reason. For example, during the week of August 31, 2024, she was stopped four times by Huntington Beach Police Officers and released without any citation because she had not violated the law.

22. Not only is she being harassed but so are her friends. On one occasion on or about June 4, 2024, when her friends were coming to visit her a Huntington Beach Police Officer vehicle/ cruiser followed her friends in and out of the cul-de-sac to intimidate them and to harass her. The actions of defendants, DOES 1 through 10, inclusive, were committed maliciously, oppressively, and in reckless disregard of Plaintiff Ashley Bauer-Oldfield's, constitutional rights, sufficient for an award of punitive/exemplary damages against all defendants, defendant

"CITY", in the amount to be proven at trial, in excess of $2,000,000.00.

## SECOND CAUSE OF ACTION TOM BANE ACT CIVIL INTERFERENCE OF CIVIL RIGHTS THROUGH ACTS OF VIOLENCE, THREATS OF VIOLENCE, OR INTIMIDATION
**(By Plaintiff Ashley Bauer-Oldfield, Individually Against All Defendants)**

23. Plaintiff hereby re-alleges and incorporates by reference the allegations set forth in paragraphs 1 through 22, inclusive, above, as if set forth in full herein.

24. Through intimidation and false arrest intimidation of others the Defendants interfered with the rights of the Plaintiff to petition which includes filing a claim against the City of Huntington Beach and her rights to privacy and to be left alone all of this violates her civil rights and was done with an intentional disregard for her rights under the Federal Constitution, First, Fourth and Fourteenth Amendments. Also under the State Constitution additionally Article 1 which has similar protections and additionally as a protection for privacy, which was violated by Defendants.

25. Defendants inflicted emotional distress upon the Plaintiff by Defendant Shawn Randell "wiener waving" and additionally by constant harassment, including stops by the Huntington Beach Police Department officers and DOES 1-10 without any justification in retaliation for filing claims against the Huntington Beach Police Department.

26. As a direct and proximate result of the actions of Defendants DOES 1 through 10, inclusive Plaintiff was: 1) substantially physically, mentally and emotionally injured, and suffered great physical, mental and emotional injury, distress pain and suffering; 2) incurred attorney's fees and associated litigation and other related costs, and 3) incurred other special and general damages and expenses, including medical and psychological expenses, in an amount to be proven at trial, in excess of $2,000,000.00 each.

27. Said defendants DOES 1 through 10, inclusive, and "CITY" are liable to Plaintiff Ashley Bauer-Oldfield individually for said violations of her constitutional rights, pursuant to California Civil Code §52.1, and California Government Code §§815.2(a),815.6, 820,820,820.4,820.8.

28. As a direct and proximate result of the actions of defendants DOES 1 through 10, inclusive Plaintiff was: 1) substantially physically, mentally and emotionally injured, and suffered great physical, mental and emotional injury, distress pain and suffering; 2) incurred attorney's fees and associated litigation and other related costs, and 3) incurred other special and general damages and expenses, including medical and psychological expenses, in an amount to be proven at trial.

29. The actions by said defendants were committed maliciously, and oppressively and constituted despicable conduct; sufficient for an award of

punitive/exemplary damages against all defendants and each of them, save defendant "CITY" in the amount to be proven at trial in excess of $2,000,000.00.

**WHEREFORE** Plaintiff prays for judgment as follows:

40. For a judgment against all defendants for compensatory damages in an amount in excess of $2,000,000.00 for Plaintiff;

41. For a judgment against Officer Shawn Randell, and DOES 1-10 Inclusive for punitive damages in an amount in excess of $1,000,000.00.

42. For an award of reasonable attorney's fees and costs;

43. For a trial by jury; and

44. And such other relief as this honorable court deems just and equitable.

DATED: December 13, 2024          Respectfully submitted,

_____
RICHARD P. HERMAN
PRISONERS RIGHTS UNION
ATTORNEY FOR PLAINTIFF
ASHLEY BAUER-OLDFIELD

**<u>JURY TRIAL DEMANDED</u>**

DATED: December 13, 2024              Respectfully submitted,

                                                                  */s/ Richard P. Herman*

                                                                  _____
                                                                  RICHARD P. HERMAN
                                                                  PRISONERS RIGHTS UNION
                                                                  ATTORNEY FOR PLAINTIFF
                                                                  ASHLEY BAUER-OLDFIELD