# EXHIBIT 1

# CITY OF HUNTINGTON BEACH

2000 MAIN STREET
P.O. BOX 70

CALIFORNIA  92648
(714) 960-8811

**POLICE DEPARTMENT**
Eric Parra
Chief of Police

April 17, 2024

Ms. Ashley Bauer
7796 Newman Ave.
Huntington Beach, CA 92647

Ms. Bauer,

On January 19, 2024, the Huntington Beach Police Department received your complaint regarding an employee of our department. The complaint was related to your contact with a Huntington Beach Police Department employee that commenced on December 19, 2023. In order to maintain public trust and to provide a professional service to the community, our department vigorously investigated the allegations. The purpose of my letter is to inform you of the results of this process.

Although California law does not permit me to divulge the contents of the investigation to you, it does permit me to inform you of the category of the disposition. I personally reviewed your allegations and the associated investigation and classified them as **"SUSTAINED."** The term sustained means that the alleged act occurred and the investigation determined it was in violation of policy.

I appreciate your taking the time to bring this matter to my attention. If you have any further questions concerning the investigation and disposition, please contact Sergeant Dan Quidort with the Professional Standards Unit at 714-536-5693 during regular business hours.

Sincerely,

Eric Parra
Chief of Police

Dan Quidort, Sergeant
Professional Standards Unit

Page 1 of 1