Savannah C. Skelton (SBN 328496)
**LEAL ▪ TREJO, APC**
3767 Worsham Avenue
Long Beach, CA 90808
Telephone: (213) 628-0808
Facsimile: (213) 628-0818
sskelton@leal-law.com

Attorneys for Defendant:
Officer Arthur Villa Jr.

MICHAEL J. VIGLIOTTA, City Attorney (SBN 207630)
ANDREW KORNOFF, Sr. Deputy City Attorney (SBN 283626)
2000 Main Street, P.O. Box 190
Huntington Beach, CA 92648
Tel: (714) 536-5555; Fax: (714) 374-1590
Email: Andrew.Kornoff@surfcity-hb.org

Attorneys for Defendants:
CITY OF HUNTINGTON BEACH and
CHIEF OF POLICE ERIC G. PARRA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ashley Bauer-Oldfield, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>City of Huntington Beach, Chief of Police Eric G. Parra, Officer Arthur Villa Jr., Individually and DOES 1-20.<br><br>Defendants. | Case No. 8:24-cv-02700-CAS (JDE)<br>*[Honorable Judge Christina A. Snyder, presiding]*<br><br>**DEFENDANTS' NOTICE OF AND JOINT MOTION FOR SUMMARY JUDGMENT**<br><br>[Filed concurrently with Memorandum of Points and Authorities; Statement of Uncontroverted Facts; Request for Judicial Notice; Declarations of Savannah C. Skelton, Sergeant Daniel Quidort and Officer Arthur Villa, Jr.; Proposed Judgment]<br><br>**Hearing:**<br>**Date:** March 23, 2026<br>**Time:** 10:00 a.m.<br>**Dept.:** 8D |

1

**NOTICE OF AND MOTION FOR SUMMARY JUDGMENT**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on March 23, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 8D of the First Street U.S. Courthouse, located at 350 West First Street, Los Angeles, California 90012, the City of Huntington Beach ("City"), Officer Arthur C. Villa, Jr. ("Officer"), and Chief Eric G. Parra ("Chief") (altogether "Defendants") will, and hereby do, move for summary judgment under Rule 56 of the Federal Rules of Civil Procedure as to each claim asserted in Plaintiff's Second Amended Complaint for Damages.

This motion is made per this Court's August 11, 2025 order (Dkt. No. 38) setting the deadline to file dispositive motions for February 13, 2026.

Defendants bring this motion because there is no genuine dispute that: the undisputed material facts demonstrate that Plaintiff cannot establish the essential elements of each and every one of her claims. Thus, Defendants are thus entitled to judgment as a matter of law.

This motion is based on this notice and motion, as well as the Memorandum of Points and Authorities, Statement of Uncontroverted Facts, Request for Judicial Notice, the declarations of Savannah C. Skelton, Officer Arthur Villa Jr., and Sergeant Daniel Quidort and their attached exhibits, filed simultaneously herewith. This motion is also based on the papers and pleadings in this action.

Date: February 13, 2026          Respectfully submitted,

_____
Savannah C. Skelton
Attorney for Defendant, Officer Arthur Villa, Jr.

Date: February 13, 2026          Respectfully submitted,

_____
Andrew Kornoff
Attorney for Defendants, City of Huntington Beach and Chief Eric Parra

2
**NOTICE OF AND MOTION FOR SUMMARY JUDGMENT**

# CERTIFICATE OF SERVICE

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Bauer-Oldfield v City of Huntington Beach, et. al.*
Case No.: 8:24-cv-02700-CAS (JDE)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 3767 Worsham Avenue, Long Beach, California 90808.

I am not a party to the above-entitled action. I have caused service of:

**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Counsel for City of Huntington Beach and Chief Parra:**
Andrew F Kornoff, Esq.
andrew.kornoff@surfcity-hb.org
chris@surfcity-hb.org
michele.hoffman@surfcity-hb.org

**Counsel for Plaintiff:**
Richard Paul Herman
rherman@richardphermanlaw.com

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct. Executed this 13th day of February 2026 in Long Beach, California.

*Jessica C. Shewmaker*
Jessica C. Shewmaker

1
CERTIFICATE OF SERVICE