SAVANNAH C. SKELTON (SBN 328496)
**LEAL ▪ TREJO, APC**
3767 Worsham Avenue
Long Beach, CA 90808
Telephone: (213) 628-0808
Facsimile: (213) 628-0818
Email: sskelton@leal-law.com

Attorneys for Defendant:
OFFICER ARTHUR VILLA, JR.

MICHAEL J. VIGLIOTTA, City Attorney (SBN 207630)
ANDREW KORNOFF, Sr. Deputy City Attorney (SBN 283626)
2000 Main Street, P.O. Box 190
Huntington Beach, CA 92648
Tel: (714) 536-5555; Fax: (714) 374-1590
Email: Andrew.Kornoff@surfcity-hb.org

Attorneys for Defendants:
CITY OF HUNTINGTON BEACH and
CHIEF OF POLICE ERIC G. PARRA

RICHARD P. HERMAN (SBN 53743)
PRISONERS RIGHTS UNION
P.O. Box 53114
Irvine, CA 92619
Tel: (714) 547-8512
Facsimile: (949) 209-2693
Email: rherman@richardphermanlaw.com

Attorney for Plaintiff:
ASHLEY BAUER-OLDFIELD

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ashley Bauer-Oldfield, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>City of Huntington Beach, Chief of Police Eric G. Parra, Officer Arthur Villa Jr., Individually; and DOES 1-20.<br><br>Defendants. | **Case No. 8:24-cv-02700-CAS (JDE)**<br>*[Honorable Judge Christina A. Snyder, presiding, Dept. 8D]*<br><br>**JOINT EXHIBIT LIST**<br><br>**<u>Trial:</u>**<br>**Date:** September 22, 2026<br>**Time:** 9:00 a.m.<br>**Dept.:** 8D |

| Exhibit No. | Description | Objection & Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| 1 | January 19, 2024: City of Huntington Beach Consent to Search Phone | FRE 401 Relevance | | |
| 2 | NextDoor App Messages between Plaintiff & Dennis | | | |
| 3 | Cellebrite Extraction Report –Text Messages | FRE 401 Relevance | | |
| 4 | Lexis Background Report on Plaintiff | FRE 403 Prejudice Motion in Limine 1 | | |
| 5 | December 19, 2023: City of Huntington Beach Police Summary Report - Case No. 2023-015345 | | | |
| 6 | *The People of the State of California vs. Ashley Robin Bauer*: OCSC Case No. 07WF1924 Felony Complaint | Per Court ruling only able to state that a guilty plea was made and if only relevant and | | |

| Exhibit No. | Description | Objection & Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| | | cannot show documents | | |
| 7 | *The People of the State of California vs. Ashley Robin Bauer*: OCSC Case No. 07WF1924 Minute Orders | Per Court ruling only able to state that a guilty plea was made and if only relevant and cannot show documents | | |
| 8 | *The People of the State of California vs. Ashley Robin Bauer*: OCSC Case No. 07WF1924 August 13, 2007: Advisement and Waiver of Rights for a Felony Guilty Plea | Per Court ruling only able to state that a guilty plea was made and if only relevant and cannot show documents | | |

| Exhibit No. | Description | Objection & Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| 9 | *The People of the State of California vs. Ashley Baueroldfield*: OCSC Case No. 13WF3234 Undated Case Detail Report | FRE 403 Prejudice Motion in Limine 1 | | |
| 10 | *The People of the State of California vs. Ashley Baueroldfield*: OCSC Case No. 13WF3234 Minutes | Per Court ruling only able to state that a guilty plea was made and if only relevant and cannot show documents | | |
| 11 | *The People of the State of California vs. Ashley Baueroldfield*: OCSC Case No. 13WF3234 Felony Complaint | Per Court ruling only able to state that a guilty plea was made and if only relevant and | | |

| Exhibit No. | Description | Objection & Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| | | cannot show documents | | |
| 12 | *The People of the State of California vs. Ashley Robin Baueroldfield*: OCSC Case No. 25WF3429 Undated Case Detail Report | FRE 403 Prejudice Motion in Limine 1 | | |
| 13 | *The People of the State of California vs. Ashley Robin Bauer*: LASC Case No. 25SFCF01046 Undated Case Detail Report | FRE 403 Prejudice Motion in Limine 1 | | |
| 14 | 2021 HBPD Policy Manual | FRE 401 Relevance | | |
| 15 | January 19, 2024: HBPD Interview Transcript of Plaintiff | | | |
| 16 | January 19, 2024: HBPD Interview Video of Plaintiff | | | |
| 17 | January 25, 2024: HBPD Commencement of Investigation Letter | | | |
| 18 | January 30, 2024: HBPD Interview Transcript of Plaintiff | | | |

| Exhibit No. | Description | Objection & Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| 19 | January 30, 2024: HBPD Audio Interview of Plaintiff | | | |
| 20 | April 17, 2024: HBPD Disposition Letter to Plaintiff | | | |
| 21 | NextDoor App Posts by Plaintiff | | | |
| 22 | June 3, 2024: Ring Video Footage | | | |
| 23 | February 27, 2026: Harmony Place Letter of Completion of Residential Treatment | FRE 401 Relevance FRE 403 Prejudice Motion in Limine 1 | | |
| 24 | Plaintiff's Responses to HB Request for Production of Documents (Set One) | | | |
| 25 | Plaintiff's Responses to Officer Villa's Request for Admissions (Set One) | | | |
| 26 | Plaintiff's Responses to Officer Villa's Request for Production of Documents (Set One) | | | |

| Exhibit No. | Description | Objection & Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| 27 | Plaintiff's Responses to Officer Villa's Special Interrogatories (Set One) | | | |
| 28 | January 20, 2026:<br>Deposition Transcript of Plaintiff | Except as to<br>FRE 401<br>Relevance<br>FRE 403<br>Prejudice | | |
| 29 | January 20, 2026:<br>Deposition Video of Plaintiff | Except as to<br>FRE 401<br>Relevance<br>FRE 403<br>Prejudice | | |
| 30 | Declaration of Richard Herman in Support of Opposition to MSJ | FRE 401<br>Relevance | | |
| 31 | Declaration of Ashley Bauer-Oldfield in Support of Opposition to MSJ | FRE 403<br>Prejudice<br>Motion in Limine 1 | | |
| 32 | *The People of the State of California vs. Ashley Robin Baueroldfield:*<br>OCSC Case No. 25WF3429 | FRE 403<br>Prejudice<br>Motion in Limine 1 | | |

| Exhibit No. | Description | Objection & Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| | August 8, 2025: Felony Complaint Warrant | | | |
| 33 | *The People of the State of California vs. Ashley Robin Baueroldfield*: OCSC Case No. 25WF3429 March 12, 2026: Misdemeanor Guilty Plea Form | FRE 403 Prejudice Motion in Limine 1 | | |
| 34 | *The People of the State of California vs. Ashley Robin Baueroldfield:* OCSC Case No. 25WF3429 March 12, 2026: Misdemeanor Sentence Recommendation | FRE 403 Prejudice Motion in Limine 1 | | |
| 35 | *The People of the State of California vs. Ashley Robin Baueroldfield*: OCSC Case No. 25WF3429 Minutes | FRE 403 Prejudice Motion in Limine 1 | | |
| 36 | *The People of the State of California vs. Ashley Robin Bauer*: LASC Case No. 25SFCF01046 February 27, 2026: New Beginning | FRE 403 Prejudice Motion in Limine 1 | | |

| Exhibit No. | Description | Objection & Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| | Fellowship Center Letter re: Progress Report | | | |
| 37 | *The People of the State of California vs. Ashley Robin Bauer:* LASC Case No. 25SFCF01046 December 2, 2025: Plaintiff Continuing Recovery Plan | FRE 403 Prejudice Motion in Limine 1 | | |
| 38 | *The People of the State of California vs. Ashley Robin Bauer*: LASC Case No. 25SFCF01046 December 29, 2025: Harmony Place Certificate of Completion | FRE 403 Prejudice Motion in Limine 1 | | |
| 39 | *The People of the State of California vs. Ashley Robin Bauer*: LASC Case No. 25SFCF01046 March 2, 2026: Pretrial Conference/Trial Setting Minute Order | FRE 403 Prejudice Motion in Limine 1 | | |
| 40 | *The People of the State of California vs. Ashley Robin Bauer*: LASC Case No. 25SFCF01046 November 19, 2025: Preliminary Hearing Waiver Transcript | FRE 403 Prejudice Motion in Limine 1 | | |

| Exhibit No. | Description | Objection & Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| 41 | *The People of the State of California vs. Ashley Robin Bauer*: LASC Case No. 25SFCF01046 December 2, 2025: Harmony Place Letter re: Treatment Plan | FRE 403 Prejudice Motion in Limine 1 | | |
| 42 | *The People of the State of California vs. Ashley Robin Bauer*: LASC Case No. 25SFCF01046 December 3, 2025: Fingerprint Form | FRE 403 Prejudice Motion in Limine 1 | | |
| 43 | *The People of the State of California vs. Ashley Robin Bauer*: LASC Case No. 25SFCF01046 December 3, 2025: Arraignment Minute Order | FRE 403 Prejudice Motion in Limine 1 | | |
| 44 | *The People of the State of California vs. Ashley Robin Bauer*: LASC Case No. 25SFCF01046 December 3, 2025: Arraignment Hearing Summary | FRE 403 Prejudice Motion in Limine 1 | | |
| 45 | *The People of the State of California vs. Ashley Robin Bauer*: LASC Case No. 25SFCF01046 | FRE 403 Prejudice Motion in Limine 1 | | |

| Exhibit No. | Description | Objection & Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| | November 19, 2025: Preliminary Hearing Setting Minute Order | | | |
| 46 | *The People of the State of California vs. Ashley Robin Bauer*: LASC Case No. 25SFCF01046 October 14, 2025: Preliminary Hearing Setting Minute Order | FRE 403 Prejudice Motion in Limine 1 | | |
| 47 | *The People of the State of California vs. Ashley Robin Bauer*: LASC Case No. 25SFCF01046 Order for Release | FRE 403 Prejudice Motion in Limine 1 | | |
| 48 | *The People of the State of California vs. Ashley Robin Bauer*: LASC Case No. 25SFCF01046 September 25, 2025: Bench Warrant Hearing Minute Order | FRE 403 Prejudice Motion in Limine 1 | | |
| 49 | *The People of the State of California vs. Ashley Robin Bauer*: LASC Case No. 25SFCF01046 September 23, 2025: Preliminary Hearing Setting Minute Order | FRE 403 Prejudice Motion in Limine 1 | | |
| 50 | *The People of the State of California vs. Ashley Robin Bauer*: LASC Case No. 25SFCF01046 | FRE 403 | | |

| Exhibit No. | Description | Objection & Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| | August 14, 2025: Preliminary Hearing Setting Minute Order | Prejudice Motion in Limine 1 | | |
| 51 | *The People of the State of California vs. Ashley Robin Bauer*: LASC Case No. 25SFCF01046 June 17, 2025: Arraignment and Plea Minute Order | FRE 403 Prejudice Motion in Limine 1 | | |
| 52 | *The People of the State of California vs. Ashley Robin Bauer*: LASC Case No. 25SFCF01046 May 12, 2025: Felony Complaint | FRE 403 Prejudice Motion in Limine 1 | | |
| 53 | *The People of the State of California vs. Ashley Robin Bauer*: LASC Case No. 25SFCF01046 March 23, 2025: Los Angeles County Sheriff's Department Citation Form | FRE 403 Prejudice Motion in Limine 1 | | |
| 54 | January 27, 2026 – Ramey Warrant | FRCP 37(c)(1); FRE 901; FRE 802; FRE 403 | | |

| Exhibit No. | Description | Objection & Reason | Date Identified | Date Admitted |
|---|---|---|---|---|
| 55 | January 23, 2026 – Confidential Investigation Report | | | |
| 56 | Snap Chat Video (previously provided to the Court under seal) | | | |
| 57 | May 1, 2026: Transcript of Deposition of Plaintiff, Volume II | Beyond the limits of the Court's instructions. | | |
| 58 | May 1, 2026: Video of Deposition of Plaintiff, Volume II | Beyond the limits of the Court's instructions. | | |

Date: September 7, 2026

Respectfully submitted,

Savannah C. Skelton
Attorney for Defendant, Officer Arthur Villa, Jr.

Andrew Kornoff
Attorney for Defendant, City of Huntington Beach

Richard Herman
Attorney for Plaintiff, Ashley Bauer-Oldfield

# CERTIFICATE OF SERVICE

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Bauer-Oldfield v City of Huntington Beach, et. al.*
Case No.: 8:24-cv-02700-CAS (JDE)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 3767 Worsham Avenue, Long Beach, California 90808.

I am not a party to the above-entitled action. I have caused service of:

**JOINT EXHIBIT LIST**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Counsel for City of Huntington Beach and Chief Parra:**
Andrew F Kornoff, Esq.
andrew.kornoff@surfcity-hb.org
chris@surfcity-hb.org
michele.hoffman@surfcity-hb.org

**Counsel for Plaintiff:**
Richard Paul Herman
rherman@richardphermanlaw.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of September, 2026, in Long Beach, California.

Jessica C. Shewmaker
Jessica C. Shewmaker