RICHARD P. HERMAN, SBN 53743
PRISONERS RIGHTS UNION
P.O.BOX 53114
IRVINE, CA 92619
Telephone: (714)547-8512
Facsimile: (949)209-2693
Email:rherman@richardphermanlaw.com
Attorney for Plaintiff
***Ashley Bauer-Oldfield***

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ashley Bauer-Oldfield, Individually,<br><br>Plaintiff,<br><br>vs.<br>City of Huntington Beach, Officer Arthur Villa Jr, Individually and DOES 1-10.<br><br>Defendants. | CASE NO: 8:24-cv-02700- CAS (JDE)<br><br>***Honorable: Judge Christina A. Snyder***<br><br>**PLAINTIFF'S REVISED WITNESS LIST**<br><br>**TRIAL**<br>Date: 9/22/2026<br>Time: 9:00 am<br>Ctrm: 8D |

Plaintiff Ashley Bauer-Oldfield hereby submits her Witness List pursuant to Local Rule 16-5, Federal Rule of Civil Procedure 26(a)(3). Plaintiff identifies the following witnesses. Plaintiff reserves the right to supplement or amend this list in accordance with the Court's orders, to call witnesses for rebuttal or impeachment,

and to call any witness identified on Defendants' witness list.

| No. | Witness | Subject Matter of Testimony | Est. Time |
|---|---|---|---|
| 1 | Ashley Bauer-Oldfield (Plaintiff) | Will testify as to all facts relevant to claims; nature and content of communications with Officer Villa; circumstances of initial 911 call and subsequent contact; impact of Officer Villa's conduct on Plaintiff's physical, emotional, and psychological wellbeing retaliatory acts following complaint and other. | 3.0-4.0 |
| 2 | Angela Henderson | Expected to testify regarding texts she sent to Defendant Villa from Plaintiff's phone. | .5 |
| 3 | Destiny Murray | Expected to testify as to harassment by Huntington Beach Police Department for visiting Plaintiff. | .5 |
| 4 | Jayme Fiscus | The witness will testify as to harassment by Huntington Beach Police Department for visiting Plaintiff. Would need to testify via Zoom as she was recently diagnosed with Ovarian Cancer and is having to go to doctor appts that cannot be rescheduled. | .5 |
| 5 | Hans Melschau | Expected to testify that the Huntington Beach Police Department followed him for no reason as he was attempting to park to visit Plaintiff. | .5 |
| 6 | Justin Ortiz | The witness is expected to testify regarding the harassment by Huntington Beach Police Dept. | .5 |

DATED: September 21, 2026

PRISONERS RIGHTS UNION

By: /s/ Richard P. Herman

RICHARD P. HERMAN
Attorney for Plaintiff
Ashley Bauer-Oldfield

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the aforesaid County of Orange, State of California. I am over the age of 18 and not a party to the within action my mailing address is P. O. Box 53114, Irvine, California 92619.

On September 21,2026, I served the foregoing document Revised Witness List to the interested parties in this action via CMECF to their emails listed below:

Andrew Kornoff, Sr. Deputy City Attorney
200 Main Street P. O. Box 190
Huntington Beach, CA 92648
Telephone No: 714-536-5555
Facsimile No: 714-374-1590
email:Andrew.Kornoff@surfcity-hb.org

Savannah C. Skelton
Leal & Trejo APC
3767 Worsham Avenue
Long Beach, CA 90808
Tel: 213-628-0808
email:sskelton@leal-law.com

(X) BY EMAIL: I caused all of the pages of the above-entitled document to be sent to the recipient noted at their email addresses indicated through electronic service.

(X) I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made and that the above is true and correct. Executed on September 21,2026 in Rancho Santa Margarita, California.

Yesenia Chan

Yesenia Chan