UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:24cv02700 CAS (JDEx) Date: September 22, 2026

Title *ASHLEY BAUER-OLDFIELD v. CITY OF HUNTINGTON BEACH; ET AL.*

Present: The Honorable: CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Margie Cisneros (ECRO) / Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Richard Herman | Andrew Kornoff |
| | Savannah Skelton |
| | Lerae Ettienne |

**Proceedings: STATUS/SETTLEMENT CONFERENCE**

Hearing held and counsel are present, with their clients for trial. The Court confers with counsel, as stated on the record. Pursuant to the parties' stipulation and agreement, the Court conducts a settlement conference before commencing with the scheduled jury trial. Settlement is reached, subject to City approval, and placed on the record. Defendants shall file and serve a Status Report re: Settlement on the morning of October 7, 2026. If the City does not approve the parties settlement, a Zoom Status Conference re: Case and Resetting of the Jury Trial is set on **October 7, 2026**, at **12:00 P.M.** Zoom Webinar Information can be found on the court's Website, under Judge Snyder's Procedures and Schedules. If the City approves the parties' settlement, the October 7, 2026 Zoom Status Conference will be vacated. The trial is continued to a date TBD, if needed.

| | |
|---|---|
| | 01:59 |
| **Initials of Preparer** | CMJ |