MICHAEL J. VIGLIOTTA, City Attorney (SBN 207630)
ANDREW KORNOFF, Sr. Deputy City Attorney (SBN 283626)
2000 Main Street, P.O. Box 190
Huntington Beach, CA 92648
Tel: (714) 536-5555; Fax: (714) 374-1590
Email: Andrew.Kornoff@surfcity-hb.org

Attorneys for Defendants,
CITY OF HUNTINGTON BEACH and
CHIEF OF POLICE ERIC G. PARRA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY BAUER-OLDFIELD, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF HUNTINGTON BEACH, CHIEF OF POLICE ERIC G. PARRA, OFFICER ARTHUR VILLA JR., Individually; and DOES 1-10.<br>Defendants. | Case No.: 8:24-cv-02700-CAS (JDEx)<br><br>**STATUS REPORT RE: SETTLEMENT** |

**TO THE HONORABLE COURT AND ALL ATTORNEYS OF RECORD HEREIN:**

Defendants, City of Huntington Beach and Officer Arthur Villa Jr. submit the following Status Report Re: Settlement, as ordered by the Court on September 22, 2026 following a Settlement Conference between Plaintiff and Defendants. On October 6, 2026 the Huntington Beach City Council approved a Settlement Agreement previously agreed to by Plaintiff, Ashley Bauer-Oldfield, and Defendants, City of Huntington Beach and Officer Arthur Villa Jr. Plaintiff is to

submit a dismissal of all defendants according to the terms of the Settlement Agreement.

DATED: October 6, 2026

MICHAEL J. VIGLIOTTA, City Attorney

By: */s/ Andrew Kornoff*
ANDREW KORNOFF
Sr. Deputy City Attorney for Defendant
City of Huntington Beach

DATED: October 6, 2026

LEAL AND TREJO

By: */s/ Savannah Skelton*
SAVANNAH C. SKELTON
Attorneys for Defendant
Officer Arthur Villa Jr.