PRISONERS RIGHTS UNION
RICHARD P. HERMAN
P.O.BOX 53114
IRVINE, CA 92619
Telephone: 714-547-8512
Email: rherman@richardphermanlaw.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Ashley Bauer-Oldfield, Individually,<br><br>Plaintiff(s),<br>v.<br><br>City of Huntington Beach, Chief of Police Eric G. Parra, Officer Arthur Villa Jr., Individually; and DOES 1-10.<br><br>Defendant(s). | CASE NUMBER<br>8:24-cv-02700-CAS-(JDEx)<br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) ______________________ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) ______________________ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) ______________________ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) ______________________

______________________

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by ______________________.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

10/7/2026
*Date*

[signature]
*Signature of Attorney/Party*

***NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.***

***F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the aforesaid County of Orange, State of California. I am over the age of 18 and not a party to the within action my mailing address is P. O. Box 53114, Irvine, California 92619.

On October 7, 2026, I served the foregoing documents, described as Notice of Dismissal to the interested parties in this action via CMECF to their emails listed below:

Andrew Kornoff, Sr. Deputy City Attorney
200 Main Street P. O. Box 190
Huntington Beach, CA 92648
Telephone No: 714-536-5555
Facsimile No: 714-374-1590
email:Andrew.Kornoff@surfcity-hb.org

Savannah C. Skelton
Leal & Trejo APC
3767 Worsham Avenue
Long Beach, CA 90808
Tel: 213-628-0808
email:sskelton@leal-law.com

(X) BY EMAIL: I caused all of the pages of the above-entitled document to be sent to the recipient noted at their email addresses indicated through electronic service.

(X) I declare under penalty of perjury under the laws of the State of California that I am employed in the office of a member of the bar of this court at whose direction the service was made and that the above is true and correct. Executed on October 7, 2026 in Rancho Santa Margarita, California.

Yesenia Chan

Yesenia Chan